UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   MICHAEL EVERETT GEBHART<br>   JENNIFER LYNN GEBHART<br>                                  Debtors | CASE NO: 06-32912<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MICHAEL EVERETT GEBHART & JENNIFER LYNN GEBHART<br>7233 MOUNTAIN TRAIL<br>DAYTON, OH  45459 | 0.70 |

                      /s/ Jeffrey M. Kellner
                      Jeffrey M. Kellner  0022205
                      Chapter 13 Trustee
                      131 N LUDLOW ST   SUITE 900
                      DAYTON, OH  45402-1161
                      (937)222-7600   Fax (937)222-7383
                      email: chapter13@dayton13.com

                      Dated: 9/9/2011

Certificate of Service    06-32912

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MICHAEL EVERETT GEBHART | WAYNE P NOVICK | (33.1n) |
| JENNIFER LYNN GEBHART | 2135 MIAMISBURG-CENTERVILLE RD | EMERSON KECK |
| 7233 MOUNTAIN TRAIL | CENTERVILLE, OH  45459 | 318 W FOURTH |
| DAYTON, OH  45459 | | DAYTON, OH  45402 |

(31.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv